IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION | * |
| | * Civil No: 08-mc-00653-RMU |
| v. | * |
| PIO SAGAPOLUTELE, SEAN LAMAR SMITH, and BRUCE SCHWAGER | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Cyril V. Smith as counsel for Respondents Pio Sagapolutele, Sean Lamar Smith and Bruce Schwager in the above captioned matter.

Respectfully submitted,

_____/s/_____
Cyril V. Smith
D.C. Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
(410) 659-0436 (facsimile)
csmith@zuckerman.com

2006364.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2008, a copy of the foregoing Entry of Appearance was served upon the following counsel via CM-ECF:

Joseph A. Yablonski, Esq.
1776 K Street, N.W., Suite 840
Washington, D.C. 20006
chip@yablonskilaw.com

Counsel for Petitioner

_____/s/_____
Cyril V. Smith

2006364.1