# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, | * |
| Movant | * |
| v. | Case No. 1:08-mc-00653-RMU |
| | * (pending in the District of Maryland as Case No. 08-01870 WMN) |
| PIO SAGAPOLUTELE, et al., | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION *PRO HAC VICE* FOR WILLIAM K. MEYER

I, Cyril V. Smith, acting pursuant to Local Rule 83.2(d), move this Court to admit William K. Meyer for the limited purpose of appearing and participating in this action as co-counsel with me and in support state as follows:

1. I am a member in good standing of the bar of this Court and the attorney of record in this action for Respondents.

2. Mr. Meyer is a member in good standing of the Bar in the State of Maryland and an associate in the law firm in which I am a partner, Zuckerman Spaeder LLP.

4. This action concerns a discovery dispute in an underlying action pending in another district, *Sagapolutele et al. v. The Bert Bell/Pete Rozelle NFL Players Retirement Plans et al.*, Case No. 08-cv-1870-WMN (D. Md.). Mr. Meyer and I are both counsel of record in that underlying action.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION v. SAGAPOLUTELE et al                                                                                              Doc. 3

Dockets.Justia.com

5. Mr. Meyer's mailing address is 100 East Pratt Street, Suite 2440, Baltimore, MD 21202. His telephone number is (410) 332-1240 and his e-mail address is wmeyer@zuckerman.com.

6. A declaration by Mr. Meyer and a proposed order for admitting Mr. Meyer is attached thereto.

WHEREFORE movant respectfully requests that this Court grant the Motion for Admission *Pro Hac Vice* of William K. Meyer.

Dated: October 22, 2008

Respectfully submitted,

/s/
Cyril V. Smith
D.C. Bar No. 413941
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202
(410) 332-0444
(Fax) (410) 659-0436
csmith@zuckerman.com

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2008, a true copy of the foregoing Motion for Admission *Pro Hac Vice* for William K. Meyer was served by email and first class mail, postage prepaid, upon the following:

Joseph A. Yablonski
Joseph A. Yablonski, P.L.L.C.
1776 K Street, N.W.
Suite 840
Washington, DC 20006

Hisham M. Amin
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006

/s/
Cyril V. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,   *

    Movant

   v.

PIO SAGAPOLUTELE, *et al.*,

    Respondents.

\*   Case No. 1:08-mc-00653-RMU
\*   (pending in the District of Maryland as Case No. 08-01870 WMN)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER ON MOTION FOR ADMISSION
## *PRO HAC VICE* FOR WILLIAM K. MEYER

On consideration of the Motion for Admission *Pro Hac Vice* for William K. Meyer, filed with this Court by Cyril V. Smith, and for good cause shown, it is hereby

ORDERED, that William K. Meyer be, and the same hereby is, admitted specifically for the limited purpose of appearing and participating in this case as co-counsel for Respondents.

Signed this ____ day of _____, 2008.

_____
HON. RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,

    Movant

v.

PIO SAGAPOLUTELE, et al.,

    Respondents.

Case No. 1:08-mc-00653-RMU
(pending in the District of Maryland as Case No. 08-01870 WMN)

## DECLARATION OF WILLIAM K. MEYER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William K. Meyer, hereby declare, pursuant to Local Rule 83.2(d), the following facts in support of the Motion for Admission *Pro Hac Vice* submitted by Cyril V. Smith, counsel for Respondents, in the above-captioned case:

1. My full name is William Kenneth Meyer;

2. My office address, telephone number and e-mail address are as follows:

   Zuckerman Spaeder LLP
   100 East Pratt Street
   Suite 2440
   Baltimore, MD 21202
   (410) 332-1240
   wmeyer@zuckerman.com

3. I am a member of good standing of the Bar of the State of Maryland;

4. I have not been disciplined by that Bar, or by any other bar;

5. I have been admitted *pro hac vice* in one other matter in this Court within

the last two years (*Jangian et al. v. Cano, et al.*, Civil Action No. 1:07-cv-00508, pending before Judge Paul L. Friedman).

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2008

William K. Meyer
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
(410) 332-1240
wmeyer@zuckerman.com