# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, | * |
| Movant | * |
| v. | * Case No. 1:08-mc-00653-RMU |
| | * (pending in the District of Maryland as Case No. 08-01870 WMN) |
| PIO SAGAPOLUTELE, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONDENTS' OPPOSITION TO MOVANT'S MOTION TO QUASH

Respondents Pio Sagapolutele, Sean Lamar Smith, and Bruce Schwager, oppose the Motion to Quash filed by movant, the National Football League Players Association ("NFLPA"). Respondents incorporate by reference their combined Memorandum in support of (1) this Opposition to the Motion to Quash filed by the NFLPA; and (2) Respondents' Motion to Compel Production of Documents.

Dated: October 22, 2008

/s/
Cyril V. Smith
D.C. Bar No. 413941
William K. Meyer
Motion for Admission *Pro Hac Vice* Pending
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444

Attorneys for Respondents

2006371.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October 2008, a copy of the foregoing Opposition to Movant's Motion to Quash and supporting Memorandum and exhibits were served by email and first class mail, postage prepaid, upon the following:

Joseph A. Yablonski  
Joseph A. Yablonski, P.L.L.C.  
1776 K Street, N.W.  
Suite 840  
Washington, DC 20006

Hisham M. Amin  
Groom Law Group, Chartered  
1701 Pennsylvania Avenue, N.W.  
Suite 1200  
Washington, DC 20006

_____/s/_____  
Cyril V. Smith

2006371.1