UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)
NATIONAL FOOTBALL LEAGUE )
PLAYERS ASSOCIATION, )
 )
    Movant, )
 )   Misc. Action No. 1:08-mc-00653
    vs. )   (D.MD., Case No. 08-cv-01870 WMN)
 )
PIO SAGAPOLUTELE, SEAN )
LAMAR SMITH, AND BRUCE )
SCHWAGER, )
 )
    Respondents. )
)

## NOTICE OF FILING

**To: The Clerk:**

Please be advised that the United States District Court for the Northern District of Maryland, where the underlying action is pending, has ruled that Plaintiffs, Respondents herein, cannot conduct any discovery. Judge Nickerson's Memorandum and Order, dated October 22, 2008, copies of which are attached hereto, precludes Respondents from seeking discovery from the National Football League Players Association, and effectively renders moot the Motion to Quash [Dkt #1] and Motion to Compel [Dkt #4] filed herein.

DATED: October 22, 2008                    Respectfully submitted,

                                                                                                /s/
                                                JOSEPH A. YABLONSKI
                                                chip@yablonskilaw.com
                                                D.C. Bar No. 91777
                                                **Joseph A. Yablonski, P.L.L.C.**
                                                1776 K Street, N.W.
                                                Suite 840
                                                Washington, D.C. 20006
                                                Phone: (202) 833-9062
                                                Fax:    (202) 463-6688

# CERTIFICATE OF SERVICE

Undersigned certifies that a copy of the National Football League Players Association's Notice of Filing was served by ECF this 22nd day of October, 2008 on:

Cyril V. Smith, Esq.
csmith@zuckerman.com
William K. Meyer, Esq.
bmeyer@zuckerman.com
**Zuckerman Spaeder, LLP**
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031

Hisham M. Amin, Esq.
HAmin@groom.com
**Groom Law Group, Chartered**
1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006

Nathan J. Oleson, Esq.
noleson@akingump.com
**Akin Gump Strauss Hauer Feld LLP**
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

                                                /s/
                                         Joseph A. Yablonski